UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Andre Espy,

                                        Plaintiff,

             -against-

The City of New York, Police Officer Steven Lopez, Police Officer Glen Pasqual, Police Officer Anthony Egan, Police Officer Richard Digangi,

                                        Defendant.
-------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-3126 (ENV) (VVP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Glenn R. Abolafia, Attorney At Law, P.C.<br>*Attorneys for Plaintiff*<br>80 Wall Street, Suite 815<br>New York, New York 10005 | JEFFREY D. FRIEDLANDER<br>Acting Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Lopez,*<br>*Pasqual, Egan and Digangi*<br>100 Church Street, Rm. 3-161<br>New York, New York 10007 |
| By: _____<br>Glenn R. Abolafia<br>*Attorney for Plaintiff* | By: _____<br>David Pollack<br>*Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>_____, 2014 | _____<br>HON. ERIC N. VITALIANO<br>UNITED STATES DISTRICT JUDGE |